IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARITY SPORTS DISTRIBUTOR, INC a/k/a CSD SPORTS FRAMING & MEMORABILIA, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 17-00314-CV-W-HFS |
| ARAMARK SPORTS & ENTERTAINMENT SVCS., LLC, | ) ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM TO COUNSEL**

In this breach of contract case a dispute has arisen regarding a subpoena served by defendant, Aramark Sports & Entertainment Services, LLC, on non-party Kansas City Chiefs. Counsel for plaintiff, Charity Sports Distributor, Inc. a/k/a CSD Sports Framing & Memorabilia, recently contacted chambers to inquire about the best way to bring the dispute to the court's attention. Counsel was advised that both sides could submit by fax a one page summary of their respective positions.

Defendant has complied, and has expressed a possible intent to file a motion to quash. Rather, than a prolonged informal debate of the issue, the parties are advised that motion practice regarding this dispute may commence.


It is SO ORDERED

 /s/ Howard F. Sachs                .
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

January 24, 2018

Kansas City, Missouri